IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, <br> SHEET METAL WORKERS' <br> NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOFROCK INTERNATIONAL INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:16-cv-1489 (AJT/TCB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 14] of the Magistrate Judge recommending that Plaintiffs' Motion for Default Judgment [Doc. No. 10] be granted and that default judgment be entered in favor of Plaintiffs and against Defendant SofRock International Inc. The Magistrate Judge also advised the parties that objections to the Report & Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment [Doc. No. 10] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund and against Defendant SofRock International Inc. in the amount of $20,010.19 (consisting of $12,670.00 in unpaid contributions for the months of

February 2014 through July 2014, $2,534.00 in liquidated damages, $1,230.00 in audit fees and costs, and $3,576.19 in interested accrued from the due date through May 10, 2017), with interest on the unpaid contribution component continuing to accrue daily at a rate of 8.5% per annum from May 11, 2017, through the date of payment; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund and against Defendant SofRock International Inc. in the amount of $3,853.87 (consisting of $2,600.00 in unpaid contributions for the months of February 2014 through July 2014, $520.00 in liquidated damages, and $733.87 in interested accrued from the due date through May 10, 2017), with interest on the unpaid contribution component continuing to accrue daily at a rate of 8.5% per annum from May 11, 2017, through the date of payment; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Board of Trustees, International Training Institute for the Sheet Metal and Air Conditioning Industry and against Defendant SofRock International Inc. in the amount of $177.87 (consisting of $120.00 in unpaid contributions for the months of February 2014 through July 2014, $24.00 in liquidated damages, and $33.87 in interested accrued from the due date through May 10, 2017), with interest on the unpaid contribution component continuing to accrue daily at a rate of 8.5% per annum from May 11, 2017, through the date of payment; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff National Energy Management Institute Committee and against Defendant SofRock International Inc. in the amount of $44.47 (consisting of $30.00 in unpaid contributions for the months of February 2014 through July 2014, $6.00 in liquidated damages, and $8.47 in interested accrued from the due date through May 10, 2017), with interest on the unpaid contribution component continuing to

accrue daily at a rate of 8.5% per annum from May 11, 2017, through the date of payment; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Sheet Metal Occupational Health Institute Trust and against Defendant SofRock International Inc. in the amount of $29.64 (consisting of $20.00 in unpaid contributions for the months of February 2014 through July 2014, $4.00 in liquidated damages, and $5.64 in interested accrued from the due date through May 10, 2017), with interest on the unpaid contribution component continuing to accrue daily at a rate of 8.5% per annum from May 11, 2017, through the date of payment; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiffs jointly and against Defendant SofRock International Inc. in the amount of $8,662.79 (consisting of $7,528.50 in attorneys' fees and $1,134.29 in costs), without prejudice to Plaintiffs' ability to seek additional attorneys' fees and costs incurred in connection with enforcing and collecting the judgment.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to all counsel of record, and mail copies of this order to Defendant at the following address:

SofRock International Inc.
767 Cornwell Avenue
Malverne, New York 11565

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 29, 2017